UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY CHOW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ATTORNEY GENERAL, et al., <br><br> Defendants. | CASE NO. C19-0607-RSL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Only one of two named plaintiffs in this action, Jenny Chow, submitted an application to proceed *in forma pauperis* (IFP). The Court is unable to consider the IFP request without complete and detailed information from both plaintiffs. Plaintiffs are directed to either pay the filing fee or submit an IFP application on behalf of plaintiff Peter Chow. Plaintiffs must comply with the above directive within **twenty (20) days** of the date of this Minute Order. Failure to comply may result in denial of the pending application to proceed IFP and/or dismissal of this matter.

DATED this 7th day of May, 2019.

WILLIAM M. MCCOOL, Clerk

By: s/ Sharita Tolliver
      Deputy Clerk

MINUTE ORDER
PAGE - 1