UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY CHOW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ATTORNEY GENERAL, et al., <br><br> Defendants. | CASE NO. C19-0607-RSL <br><br> ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiffs do not appear to have funds available to afford the $400.00 filing fee, they financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiffs' IFP applications (Dkts. 5 & 7) are GRANTED. However, this matter should be reviewed under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiffs and to the assigned District Judge.

DATED this 23rd day of May, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1