UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY Y. CHOW AND PETER S. CHOW,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL, et al.,<br><br>Defendants. | Case No. 2:19-CV-607-RSL<br><br>ORDER REQUIRING MORE DEFINITE STATEMENT |

On May 23, 2019, plaintiffs' application to proceed *in forma pauperis* was granted and their complaint was accepted for filing. Dkt. #8. Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court may dismiss an *in forma pauperis* action if the complaint is frivolous or fails to state a claim upon which relief may be granted. Plaintiffs' complaint contains several conclusory allegations that the government is engaged in some sort of conspiracy against them, along with six additional defendants. See generally Dkt. #1-2. Their allegations range from Speedy Trial Act violations and fraud by former counsel, id. at 5, to tampering with a water meter, id. at 7–8, to due process violations by various courts, id. at 9–10, to surveillance and radiation-poisoning. Id. at 12. The conduct complained of spans almost three decades, beginning in 1991. Id. at 5. Several of these seem to raise statute of limitations concerns.

Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Whether plaintiffs have asserted a plausible claim cannot be ascertained from the complaint. Ashcroft v. Iqbal, 556 U.S. 662, 676–77 (2009).

ORDER REQUIRING MORE DEFINITE STATEMENT - 1

For all the foregoing reasons, the Court declines to issue summons in this matter. Plaintiffs are hereby ORDERED to file on or before August 2, 2019, an amended complaint that clearly and concisely identifies the acts of which defendants are accused and how these acts violated plaintiffs' legal rights. Plaintiffs are advised to include facts that would allow the Court to conclude that plaintiffs have a right to relief that is plausible.

The Clerk of Court is DIRECTED to place this Order Requiring More Definite Statement on the Court's calendar for consideration on Friday, August 2, 2019.

DATED this 12th day of July, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REQUIRING MORE DEFINITE STATEMENT - 2